Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUGENE MANNACIO, )
)  Case No: 4:20-cv-08679-HSG
          Plaintiff(s), )
)  **APPLICATION FOR**
     v. )  **ADMISSION OF ATTORNEY**
ALPHACORE CAPITAL, LLC )  **PRO HAC VICE** ; **ORDER**
)  (CIVIL LOCAL RULE 11-3)
          Defendant(s). )

I, Raina C. Borrelli, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Eugene Mannacio in the above-entitled action. My local co-counsel in this case is Susan Brown, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 613 Williamson St., Suite 201<br>Madison, WI 53703 | 388 Market Street, Suite 1300<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (608) 237-1775 | (415) 712-3026 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| raina@turkestrauss.com | susan@susanbrownlegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 392127.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 06/11/21

Raina C. Borrelli
APPLICANT

---

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Raina C. Borrelli is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/17/2021

*Haywood S. Gill Jr.*
UNITED STATES DISTRICT JUDGE

PRO HAC VICE APPLICATION & ORDER                                                    October 2012

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

RAINA CHALLEEN BORRELLI

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 28, 2011

Given under my hand and seal of this court on

May 28, 2021

Emily J. Eschweiler, Director
Office of Lawyer Registration