CHAD T. WISHCHUK, SBN 214779
EMAIL: cwishchuk@ftblaw.com
ADAM C. WITT, SBN 271502
EMAIL: awitt@ftblaw.com
MARLENE C. NOWLIN, SBN 156457
EMAIL: mnowlin@ftblaw.com

**FINCH, THORNTON & BAIRD, LLP**
ATTORNEYS AT LAW
4747 EXECUTIVE DRIVE – SUITE 700
SAN DIEGO, CALIFORNIA 92121-3107
TELEPHONE: (858) 737-3100
FACSIMILE: (858) 737-3101

Attorneys for Defendant AlphaCore Capital LLC

Susan S. Brown, SBN 287986
EMAIL: susan@susanbrownlegal.com
**SUSAN BROWN LEGAL SERVICES**
388 MARKET STREET – SUITE 1300
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 712-3026

[Additional counsel appear on signature page]

Attorneys for Plaintiff Eugene Mannacio and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| EUGENE MANNACIO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALPHACORE CAPITAL LLC,<br><br>Defendant. | CASE NO: 4:20-cv-08679-HSG<br><br>JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii) AND [PROPOSED] ORDER<br><br>Assigned to:<br>Hon. Haywood S. Gilliam, Jr., Courtroom 2<br><br>Complaint Filed: December 8, 2020<br>Trial Date: Not Set |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that the entire action shall be dismissed with prejudice. Each side shall bear their own costs and fees, including all attorney fees. The parties request that the Clerk of Court now close this case.

/ / / / /

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATE: August 13, 2021

Respectfully submitted,

FINCH, THORNTON & BAIRD, LLP

By: *s/ Marlene C. Nowlin*
CHAD T. WISHCHUK
ADAM C. WITT
MARLENE C. NOWLIN
Attorneys for Defendant AlphaCore Capital LLC

DATE: August 13, 2021

Respectfully submitted,

TURKE & STRAUSS LLP

By: *s/ Raina C. Borrelli*
RAINA C. BORRELLI
Attorneys for Plaintiff Eugene Mannacio

I, Marlene C. Nowlin, attest that Raina C. Borrelli, counsel for plaintiff, agrees to the above stipulation and has authorized the filing of this document.

*s/ Marlene C. Nowlin*
MARLENE C. NOWLIN

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice, each party to bear their own fees and costs, including attorneys' fees. The Clerk of Court is directed to close this case.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: ___________________

___________________________________
HAYWOOD S. GILLIAM, JR.
United States District Judge

2087.006/3MF5098.axm



FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive - Suite 700
San Diego, CA 92121
(858) 737-3100

CERTIFICATE OF SERVICE

The undersigned hereby certifies that this document has been filed electronically on this 21st day of September 2021 and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

Susan S. Brown, Esq.
Susan Brown Legal Services
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 712-3026
Email: susan@susanbrownlegal.com

ATTORNEYS FOR PLAINTIFF EUGENE MANNACIO

Anthony Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100
Email: anthony@paronichlaw.com

ATTORNEYS FOR PLAINTIFF EUGENE MANNACIO

Mary Carolyn Turke, Esq.
Raina C. Borrelli, Esq.
Turke & Strauss LLP
613 Williamson Street, Suite 201
Madison, Wisconsin 53726
Telephone: (608) 237-1775
Email: mary@turkestrauss.com
raina@turkestrauss.com

ATTORNEYS FOR PLAINTIFF EUGENE MANNACIO

DATE: September 21, 2021

FINCH, THORNTON & BAIRD, LLP

By: *s/ Marlene C. Nowlin*
CHAD T. WISHCHUK
ADAM C. WITT
MARLENE C. NOWLIN
Attorneys for Defendant AlphaCore Capital LLC